**Grace E. SEAMARK, Appellant,**

v.

**LUCY WEBB HAYES NATIONAL TRAINING SCHOOL FOR DEACONESSES AND MISSIONARIES (including Sibley Memorial Hospital), a corporation, Appellee.**

**No. 13858.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 14, 1957.

Decided Oct. 24, 1957.

Mr. Rolland G. Lamensdorf, Washington, D. C., for appellant.

Mr. Richard W. Galiher, Washington, D. C., with whom Mr. William E. Stewart, Jr., Washington, D. C., was on the brief, for appellee.

Before EDGERTON, Chief Judge, and FAHY and BASTIAN, Circuit Judges.

PER CURIAM.

The plaintiff appeals from a directed verdict for the defendant in a suit for personal injury. We find no error affecting substantial rights.

Affirmed.

**Mildred J. AGEE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 13831.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 14, 1957.

Decided Oct. 24, 1957.

Petition for Rehearing Denied Nov. 8, 1957.

Miss Lola Boswell, Washington, D. C., (appointed by the District Court) for appellant.

Mr. Nathan Paulson, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Thomas Flannery, Asst. U. S. Attys., were on the brief, for appellee.

Before EDGERTON, Chief Judge, and FAHY and BASTIAN, Circuit Judges.

PER CURIAM.

This appeal is from a conviction of attempted abortion. We find no error affecting substantial rights.

Affirmed.